IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER MARK GRADY, <br> # 303669, <br>     Petitioner, <br> v. <br> PATRICE RICHIE, et al., <br>     Respondents. | CIVIL ACTION NO. <br> 2:19-CV-356-WHA-SRW <br> (WO) |

**ORDER**

On April 18, 2022, the Magistrate Judge entered a Recommendation that Christopher Mark Grady's petition for writ of habeas corpus under 28 U.S.C. § 2254 be denied as time-barred pursuant to the AEDPA'S statute of limitations, 28 U.S.C. § 2244(d), and that this case be dismissed with prejudice. (Doc. 18.) No Objections to the Recommendation have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

(1) the Magistrate Judge's Recommendation (Doc. 18) is ADOPTED; and

(2) the petition for writ of habeas corpus (Doc. 1) is DENIED pursuant to the statute of limitations and this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

DONE this 16th day of May, 2022.

                                     /s/ W. Harold Albritton
                                      W. HAROLD ALBRITTON
                                      SENIOR UNITED STATES DISTRICT JUDGE