IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER MARK GRADY, <br> # 303669, <br><br> Petitioner, <br><br> v. <br><br> PATRICE RICHIE, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 2:19-CV-356-WHA-SRW <br> ) <br> ) <br> ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, final judgment is entered in favor of Respondents and against Petitioner, and this case is DISMISSED WITH PREJUDICE.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of May, 2022.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE